IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER WILLIAMS,<br><br>  PLAINTIFF,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>  DEFENDANT. | Civil Action No.<br><br>1:20-CV-03852-AT |

### ORDER APPROVING FLSA SETTLEMENT

This matter is before the Court on the Parties' joint request to approve the settlement they have reached in this FLSA case. The Parties report that they have reached a negotiated compromise of Plaintiff's claims. The Parties have provided the court with a copy of the settlement agreement for review, and the settlement agreement contains all material terms of the Parties' negotiated compromise.

Having reviewed the pleadings, considered the terms of the proposed settlement, and for good cause shown, the Court finds the terms of the settlement to be fair and reasonable, and the settlement is hereby **APPROVED**.

This case is hereby **DISMISSED WITH PREJUDICE**. Except as otherwise stated in the settlement agreement, the Parties shall bear their own costs and attorney's fees associated with this action.

SO ORDERED, this \_\_\_15th\_\_\_ day of \_\_June\_\_\_, 2021.

_____
The Honorable Amy Totenberg
United States District Judge